UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____ ,          )
       Plaintiff (s),              )
                                   )
v.                                )          Case No.
                                   )
                                   )
_____ ,          )
       Defendant(s).            )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
        (Plaintiff or Defendant)

_____
  (name and address of process server)

_____

_____

To serve:
_____in the
  (name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

                                                      */s/ [signature]*
_____               _____
    (date)                                       (attorney for Plaintiff)

                                                             _____
                                                             (attorney for Defendant)