**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONYA PIERCE et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:15-cv-570-HEA |
| THE CITY OF VELDA CITY, | ) | |
| Defendant. | ) | (Class Action) |

**UNOPPOSED MOTION TO WITHDRAW**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

On April 2, 2015, the Plaintiffs filed a class action Complaint seeking declaratory and injunctive relief concerning the fixed cash bail schedule system of post-arrest detention used in the City of Velda City. The Plaintiffs also sought a Temporary Restraining Order.

Since the filing of this lawsuit, counsel for Velda City and counsel for the Plaintiffs have worked diligently together to obviate the need for a hearing on a Temporary Restraining Order. The named Plaintiff was released from custody shortly after the filing of this case, and the City has agreed to end its use of a fixed cash bail schedule system. The parties have agreed instead that the City will release arrestees from its custody after booking on signature recognizance bonds without requiring payment of money up front to secure release from custody.

As a result, the Plaintiffs file this motion to withdraw their request for a Temporary Restraining Order. Furthermore, the parties are working together and are also hopeful of coming to a resolution of this case more broadly, which, if successful, would obviate the need for a preliminary injunction hearing and further costly litigation. The parties can file a joint report to the court on the progress of those discussions within 14 days. A proposed Order is attached.

Respectfully submitted,

_*/s/ Alec Karakatsanis*________________
Alec Karakatsanis (E.D.Mo. Bar No. 999294DC)

Co-Founder
Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
(202)-681-2409
alec@equaljusticeunderlaw.org

_*/s/ Thomas B. Harvey*__________________
Thomas B. Harvey (MBE #61734)

_*/s/ Michael-John Voss*________________
Michael-John Voss (MBE #61742)

ArchCity Defenders
812 N. Collins Alley
Saint Louis, MO 63102
855-724-2489

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONYA PIERCE et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:15-cv-570-HEA |
| THE CITY OF VELDA CITY, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Withdraw Motion for Temporary Restraining Order, it is ORDERED that the motion is GRANTED.

The parties are to report to the Court concerning the progress of their settlement discussions and the need for any preliminary injunctive proceedings within 14 days.

Ordered this ___ day of _______________, 2015.

___________________________________

United States District Judge

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion has been electronically filed with the Clerk of the Court using the CM/ECF system. I have also served a copy of this Motion by electronic mail on counsel for the City of Velda City:

Steven W. Garrett

City Attorney for the City of Velda City
Curtis, Heinz, Garrett, and O'Keefe, P.C.
130 S. Bemiston, Suite 200
Clayton, Missouri 63105
(314) 725-8788
(314) 725-8789 (fax)
SGarrett@chgolaw.com
www.chgolaw.net

Counsel for Defendant – City of Velda City

*/s/ Alec Karakatsanis*
Alec Karakatsanis

Counsel for the Plaintiffs