UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DONYA PIERCE, ET AL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action No. 4:15-cv-570 |
| v. | ) |
| | ) |
| THE CITY OF VELDA CITY, | ) |
| | ) |
|     Defendant. | ) |

## REQUEST FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW defendant, by and through its attorney, and, by consent, requests an additional fourteen days, up to and including June 12, 2015, to file responsive pleadings.

                                        CURTIS, HEINZ, GARRETT &
                                        O'KEEFE, P.C.

                                        /s/ Steven W. Garrett_____
                                        STEVEN W. GARRETT, #27756
                                        Attorney for Defendant
                                        130 South Bemiston, Suite 200
                                        Clayton, Missouri  63105
                                        314-725-8788
                                        314-725-8789 (fax)
                                        sgarrett@chgolaw.com

## CERTIFICATE OF SERVICE

A copy of the above and foregoing was electronically filed this 29th day of May, 2015, and served by the same upon:

| | |
|---|---|
| Thomas B. Harvey | Alec Karakatsanis |
| Michael-John Voss | Equal Justice Under Law |
| Arch City Defenders | 916 G Street, NW Suite 701 |
| 812 N. Collins Alley | Washington, DC  20001 |
| St. Louis, MO  63102 | alec@equaljusticeunderlaw.org |

                                        /s/ Steven W. Garrett_____